IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-20362
Summary Calendar
_____


JOHN STANDRIDGE,

                              Plaintiff-Appellee,

                    versus

AMERICAN MEDICAL SECURITY INCORPORATED,

                              Defendant-Appellant.

_____

Appeal from the United States District Court for
the Southern District of Texas
(H-96-CV-3320)
_____
February 23, 1998

Before REAVLEY, KING and DAVIS, Circuit Judges.

PER CURIAM:[*]

     Standridge brought this action against American Medical

Security Company for benefits under his employer's ERISA plan.

No other defendant was named and no ground for personal liability

of this defendant was alleged.  There should have been no

judgment against American Medical Security Company and the plan

itself should have been sued as defendant.  While the record

_____

     [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

before us seems to show that the dental limitation did not apply and Standridge's claim is meritorious, we are not entitled to make that decision and can only remand for the proper party to be brought into the case.

Judgment VACATED.  Case REMANDED.